AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
Vimalesh Prem KUMAR

*Defendant(s)*

Case No. 1:26-mj-833

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 21, 2026 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession/Access with intent to view child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

OLIVIA T WERN Digitally signed by OLIVIA T WERN
Date: 2026.10.21 11:51:21 -04'

*Complainant's signature*

Olivia Wern, SA HSI

*Printed name and title*

Sworn to before me and signed in my presence.
via FaceTime video

Date: Oct 21, 2026

Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Olivia Wern, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since September 2025, and am currently assigned to HSI Cincinnati. While employed by HSI, I have received training and gained experience in investigating offenses pertaining to the illegal production, distribution, receipt and possession of child pornography (in violation of 18 U.S.C. §§ 2251(a) and (e), 2252(a), and 2252A). I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in 2024 and HSI Special Agent Training at Fort Benning in 2025. Additionally, I earned a Bachelor of Science degree in Criminal Justice from the University of Cincinnati in April 2023 and a Master of Science degree in Criminal Justice from the University of Cincinnati in August 2024. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant and complaint.

2. This Affidavit is submitted in support of a criminal complaint for Vimalesh Prem KUMAR ("KUMAR"), for violations of 18 U.S.C. § 2252(a)(4)(B), Possession of Child Pornography.

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered

from the service of administrative subpoenas; the results of physical surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this Affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of 18 U.S.C. § 2252(a)(4)(B) and (b)(2) (possession of and access with intent to view a visual depiction of a minor engaged in sexually explicit conduct) have been committed by KUMAR.

**PROBABLE CAUSE**

4. In April of 2026, HSI Cincinnati received a referral from HSI Des Moines regarding an investigation conducted by the Iowa Department of Criminal Investigations ("DCI"), Cyber Crime Bureau ("CCB"), Internet Crimes Against Children ("ICAC") Task Force. The investigation was generated by a National Center for Missing and Exploited Children ("NCMEC") Cyber Tip and identified KUMAR as the subject of the investigation.

5. In September of 2025, Microsoft noted that one of its users uploaded several files containing child pornography onto Microsoft's online cloud storage service, One Drive. Microsoft reported the incident to NCMEC. NCMEC Cyber Tip Report 220971195 was generated from the information provided by Microsoft.

6. Cyber Tip Report 220971195 geo-located the uploaded child pornography files to the Ohio area. The Cyber Tip was assigned to the Ohio ICAC Task Force. Based on the information

provided by Microsoft, law enforcement identified Microsoft user, "0003000033a1c211" as the account that uploaded the files of child pornography.

7. On March 17, 2026, the Ohio ICAC Task Force served Microsoft legal process for the subscriber records for user, "0003000033a1c211." Microsoft responded with the requested records. Some of those records are described as follows:

- Sign-in Name: vimaleshprekumar@gmail.com
- First Name: Vimalesh
- Last Name: Prekumar
- Created Date: October 5, 2020
- Birthdate: May 18, 1987

8. Law enforcement queried the name on the returned records and found that Vimalesh Prem KUMAR, date of birth May 18, 1987, had a valid Iowa driver's license with a listed address in West Des Moines, Iowa. The Ohio ICAC Task Force then referred the Cyber Tip to the Iowa ICAC Task force.

9. On April 16, 2026, the Cyber Tip was assigned to the Iowa Department of Public Safety (DPS), Division of Criminal Investigation (DCI), ICAC Task Force. Law enforcement reviewed the information provided by Microsoft and noted that on September 30, 2025, at approximately 23:23:03 Coordinated Universal Time (UTC), Microsoft user, 000300033a1c211, uploaded 10 files that depicted child pornography to a Microsoft One Drive account. Some of the child pornography files are described as follows.

a. **File Name:** d001aae00b0c599b56c9aa88c09f09df.png

**Description:** An image depicting a nude prepubescent female and a nude unknown adult male. The adult male is depicted penetrating the vagina of the prepubescent female with his penis.

b. **File Name:** fb7a241c9ef8cc7242adbd7c5ef5d0b2.png

**Description:** An image depicting a nude prepubescent female sitting on a bed with her legs spread. The vagina and anus of the prepubescent female are exposed.

c. **File Name:** 9ae6841690731e1b549bf8b85376fce8.png

**Description:** An image depicting a nude prepubescent female atop the lap of an unknown adult male. The adult male is depicted spreading the prepubescent female's legs, exposing her vagina.

d. **File Name:** b293c23ebeb6b1be6910c3af83c55693.png

**Description:** An image depicting a nude prepubescent female and a nude unknown adult male. The prepubescent female's vagina is exposed. The adult male is depicted penetrating the vagina of the prepubescent female with his penis.

10. On or about April 27, 2026, in the 5th Judicial District Court in Dallas County (IA), law enforcement applied for and were granted a search warrant for records and content pertaining to the Microsoft One Drive account connected to user, 0003000033a1c211. The search warrant was subsequently served on Microsoft. Microsoft responded and provided the requested records.

11. Law enforcement reviewed the Microsoft search warrant returns and observed that several files of child pornography were located on the Microsoft One Drive associated with user, 0003000033a1c211.

12. Subsequent record checks by law enforcement identified an address for KUMAR at 3789 Fox Run Drive, Apt 401 Blue Ash, OH 45236 (SUBJECT PREMISES) in the HSI

Cincinnati area of responsibility. The investigative findings, to include subpoena returns and the search warrant returns, were forwarded to HSI Cincinnati for review.

13. On or about August 18, 2026, Special Agent ("SA") Kenny Silva reviewed the contents of the search warrant return provided by Microsoft. SA Silva observed that the search warrant returns pertained to Microsoft user, 0003000033a1c211. During the review, SA Silva observed attribution data that indicated that the account was registered to, associated with, and under the control of KUMAR. Additionally, SA Silva observed several images that depicted child pornography.

14. The search warrant returns included a One Drive Data folder. That folder listed the name of the user as, "vimalesh premkumar." The email listed for the user was vimaleshpremkumar@gmail.com.

15. Some of the attribution data observed by SA Silva included a Form I-129, Petition for a Nonimmigrant Worker that listed KUMAR as the beneficiary. That file was saved as file name, Vimalesh Prem Kumar-I129.pdf. SA Silva also observed a scanned copy of an Iowa driver's license in the name of KUMAR. That driver's license was issued on July 28, 2023, and expired on July 28, 2025. Also, SA Silva observed several selfie-style photographs that depicted an adult male visually similar to KUMAR.

16. SA Silva observed at least 10 image files that depicted child pornography in the Microsoft One Drive search warrant return materials. See below for a description of some of those files.

a. **File Name:** Screenshot 2024-09-01 102710.png

**Description:** An image depicting a full-frontal view of a nude prepubescent female with her vagina exposed.

b. **File Name:** Screenshot 2024-11-19 192355.png

**Description:** An image depicting a nude prepubescent female sitting next to a teddy bear with her legs spread and vagina exposed.

c. **File Name:** Screenshot 2024-11-30 015055.png

**Description:** An image depicting a nude adult male and a nude prepubescent female. The prepubescent female is depicted atop the adult male's lap. The adult male is depicted holding his penis to the vagina of the prepubescent female.

d. **File Name:** Screenshot 2024-12-01 000925.png

**Description:** An image depicting a nude prepubescent female standing with one foot up on a bed with her vagina exposed.

e. **File Name:** Screenshot 2025-03-05.png

**Description:** An image depicting a partially nude prepubescent female wearing a sheer, black-colored lingerie-style top. The prepubescent female is depicted nude from the waist down with her vagina exposed.

17. On or about July 10, 2026, law enforcement queried United States (US) Citizenship and Immigration Services (CIS) records. Law enforcement observed that KUMAR was listed as the beneficiary on a Form I-129, Petition for a Nonimmigrant Worker, that was approved on or about February 19, 2026. The approval granted KUMAR an H-1B visa classification, a temporary, employment-based nonimmigrant visa classification for foreign workers. The application listed

the 3789 Fox Run Drive, Apt 401 Blue Ash, OH 45236 (SUBJECT PREMISES) as KUMAR's address.

18. On or about August 17, 2026, law enforcement queried the Ohio Bureau of Motor Vehicles (OBMV). Law enforcement observed that KUMAR had a valid Ohio driver's license that was issued on August 12, 2026. The driver's license listed the SUBJECT PREMISES as KUMAR's address.

19. October 21, 2026, at approximately 0830 hours, law enforcement executed a Federal residential search warrant at 3789 Fox Run Drive Apartment 401, Blue Ash, OH 45236. Law enforcement knocked on the front door and announced their presence. KUMAR responded to the front door and opened the door for law enforcement. KUMAR's wife was also encountered. KUMAR was escorted to a law enforcement vehicle.

20. During the search of the residence law enforcement located and seized several items that were determined to be owned by or regularly used and exercised under the control of KUMAR. One of those items was a Dell Laptop.

21. During the search of the residence, HSI Computer Forensics Analysts (CFA) worked to forensically review electronic devices and storage devices. During the review of the Dell Laptop, the CFA observed data that indicated that the device belonged to and was under the control of KUMAR. The CFA also observed several files contained within a folder that depicted child sexual abuse material (CSAM). Some of those images and videos were later reviewed by your Affiant. Amongst those files were a:

- 7 minute 12 second video exposing a prepubescent female performing masturbation on themselves

- Image of prepubescent female performing oral sex on a male
- Image of prepubescent female lying down with the genitalia exposed

22. Continuing October 21, 2026, your Affiant, conducted an interview of KUMAR. The interview was conducted in a law enforcement vehicle. The interview was audio and video recorded. KUMAR indicated to the agents conducting the interview that he was comfortable speaking with agents in English. Your Affiant advised KUMAR of his Miranda rights in English. KUMAR stated that he understood his rights. KUMAR waived his rights and agreed to speak with law enforcement. KUMAR told agents that he has been viewing CSAM since 2023 via Instagram, Twitter, and Telegram. KUMAR stated that he downloaded and shared CSAM on Telegram. KUMAR described to agents some of the CSAM files that he had downloaded. KUMAR told agents that the CSAM he had downloaded depicted minor females engaged in sexual acts. KUMAR referred to those images as child porn. KUMAR told agents that he knows that he committed a very serious crime. KUMAR told agents that he currently had approximately 100 files of CSAM stored on his Dell laptop.

**CONCLUSION**

23. Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated by KUMAR.

Respectfully submitted,

OLIVIA T WERN Digitally signed by OLIVIA T WERN Date: 2026.10.21 11:52:06 -04'00'

Olivia Wern
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me via reliable electronic means on October 21,
2026.

Karen L. Litkovitz
United States Magistrate Judge